**United States Bankruptcy Court**
**Western District of Tennessee, Western Division**

**IN RE:**                                               Case No. **2:23-bk-22674**

**Hudson, Joseph & Hudson, Caroletta**              Chapter **13**
                             Debtor(s)

## BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS** (Note: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A** - GROSS BUSINESS INCOME FOR THE PREVIOUS 12 MONTHS:

   1. Gross Income For 12 Months Prior to Filing:                             $ _____

**PART B** - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME:

   2. Gross Monthly Income:                                                    $ **6,000.00**

**PART C** - ESTIMATED FUTURE MONTHLY EXPENSES:

   3. Net Employee Payroll (Other Than Debtor)                        $ _____
   4. Payroll Taxes                                                                          $ _____
   5. Unemployment Taxes                                                $ _____
   6. Worker's Compensation                                          $ _____
   7. Other Taxes                                                                      $ _____
   8. Inventory Purchases (Including raw materials)                   $ _____
   9. Purchase of Feed/Fertilizer/Seed/Spray                          $ _____
 10. Rent (Other than debtor's principal residence)                 $ _____
 11. Utilities                                                                              $ _____
 12. Office Expenses and Supplies                                   $ _____
 13. Repairs and Maintenance                                     $ _____
 14. Vehicle Expenses                                                   $ _____
 15. Travel and Entertainment                                      $ _____
 16. Equipment Rental and Leases                                  $ _____
 17. Legal/Accounting/Other Professional Fees                       $ _____
 18. Insurance                                                                        $ _____
 19. Employee Benefits (e.g., pension, medical, etc.)               $ _____
 20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify):                                                $ _____

 21. Other (Specify):                                                       $ _____

 22. Total Monthly Expenses (Add items 3-21)                        $ _____

**PART D** - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME

 23. **AVERAGE NET MONTHLY INCOME** (Subtract Item 22 from Item 2)       $ **6,000.00**

Software Copyright (c) 2023 CINGroup - www.cincompass.com