☑ **AMENDED**

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TENNESSEE

**In re:**   Joseph J. Hudson                                     Case No. 23-22674-H (jc)
Caroletta Williams Hudson

**Debtors:**                                                     Chapter 13

---

### CHAPTER 13 PLAN

---

**ADDRESS:**   **(1)**   5363 Brookwater Cove S.          **(2)**   5363 Brookwater Cove S.
Memphis, TN 38125-4320                  Memphis, TN 38125-4320

**PLAN PAYMENT:**
**Debtor(1)** shall pay $   1,000.00          (☐ weekly, ☑ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☑ **PAYROLL DEDUCTION** From:   Memphis Shelby County Schools   **OR ( ) DIRECT PAY**
Memphis, TN 38112-4801

**Debtor(2)** shall pay $   4,858.00          (☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☑ monthly, by:
☑ **PAYROLL DEDUCTION** From: _____   **OR ( ) DIRECT PAY**

**1. THIS PLAN [Rule 3015.1 Notice]:**

    **(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]**     ☐ YES   ☑ NO
    **(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION**   ☑ YES   ☐ NO
       **OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]**
    **(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].**      ☐ YES   ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; **OR** ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341meeting.

**4. DOMESTIC SUPPORT:**                                          Monthly Plan Payment:

None                   Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, **OR** ☐ Trustee to:
ongoing payment begins _____   $ _____
Approximate arrearage: _____

**5. PRIORITY CLAIMS:**

-NONE-                                  Amount _____   $ _____

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); **OR** ☐ Paid by Trustee to:

None                   ongoing payment begins _____   $ _____
Approximate arrearage: _____ Interest _____   $ _____

**7. SECURED CLAIMS:**

[Retain lien 11 U.S.C. §1325 (a)(5)]        Value of Collateral:        Rate of Interest        Monthly Plan Payment:

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER
SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325 (a)]        Value of Collateral:        Rate of Interest        Monthly Plan Payment:

| [Retain lien 11 U.S.C. §1325 (a)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **Budget Auto Sales** | **9,500.00** | **9.50%** | **$133.00** |
| **Budget Auto Sales** | **19,915.00** | **9.50%** | **$280.00** |
| **Carmax Auto Finance** | **31,378.00** | **5.50%** | **$783.00** |
| **Carmax Auto Finance** | **18,655.00** | **5.50%** | **$890.00** |
| **Exeter Finance Corp.** | **18,026.00** | **5.50%** | **$731.00** |
| **Leaders Credit Union** | **33,918.00** | **5.74%** | **$795.00** |
| **Leonard Aluminum Buildings** | **1,000.00** | **6.00%** | **$20.00** |
| **Wells Fargo Auto Finance** | **31,229.00** | **5.50%** | **$1,095.00** |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

**Westlake Portfolio Management, LLC**        Collateral:  **2019 Chevy Camaro 60000 miles**
**To be surrendered**

**10. SPECIAL CLASS UNSECURED CLAIMS:**

| | Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **-NONE-** | | | $ |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

| **U.S. Department of Education** | ☐ | Not provided for | **OR** | ☑ | General unsecured creditor |
|---|---|---|---|---|---|
| **U.S. Department of Education** | ☐ | Not provided for | **OR** | ☑ | General unsecured creditor |

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

**-NONE-**

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $238,576.54**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☑        2     **%, OR,**
☐        **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

**None**                                    ☐    Assumes  **OR** ☐        Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

**/s/ Bruce A. Ralston**                                           **Date** **August 20, 2023**                                  .
**Bruce A. Ralston 16260**
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**

Certificate of Service:

The undersigned attorney hereby certifies that true copies of the foregoing chapter 13 plan have been delivered to the parties indicated below by hand, by first-class mail and/or by pre-authorized electronic means.

Debtor, Debtor's attorney, Chapter 13 Trustee, and Matrix.


 /s/ Bruce A. Ralston