

**Dated: August 22, 2023**
**The following is ORDERED:**

_____
M. Ruthie Hagan
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In re:                                                Chapter 13
JOSEPH HUDSON
Debtor(s)                                             Case No.23-22674-H
SSN(1) XXX-XX-2593 SSN2 XXX-XX-6491

ORDER DIRECTING PRESENT EMPLOYER
TO CHANGE DEDUCTIONS

In this matter, it appearing to the Court that an order has been entered changing the debtor's plan payments.

IT IS THEREFORE ORDERED:

That the debtor's employer SHELBY COUNTY BOARD OF EDUCATION change the deduction to $1,000.00 EVERY TWO WEEKS from the debtor's salary and forward same to:

Chapter 13 Trustee
5350 Poplar Avenue, Suite 500
Memphis, TN  38119-3697

/S/ Jennifer K. Cruseturner
Chapter 13 Trustee

CC:   Jennifer K. Cruseturner

      JOSEPH HUDSON
      5363 BROOKWATER CV S
      MEMPHIS, TN  38125-4320

      BRUCE A RALSTON ATTY

      SHELBY COUNTY BOARD OF EDUCATION
      160 S HOLLYWOOD ST
      ATT:CHERYL DELOTTA

**Order Directing Employer to Change Payments**