UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In re:                                                          Chapter 13
JOSEPH HUDSON & CAROLETTA HUDSON
Debtor(s)                                                       Case No. 23-22674-H

## NOTICE OF HEARING

The Chapter 13 Trustee's Motion to Dismiss Chapter 13 for Failure To Pay having been filed by Jennifer K. Cruseturner on November 06, 2023.

NOTICE IS HEREBY GIVEN THAT:

The Chapter 13 Trustee's Motion to Dismiss Chapter 13 Case for Failure To Pay shall be held on 12/6/2023, at 10:00 am in the United States Bankruptcy Court, by telephone or videoconference.

Debtor(s) should contact their attorney to see if their attendance is necessary. This hearing may be continued or adjourned from time to time by oral announcement (at the hearing) of the continued or adjourned date and time, without further written notice.

/S/ Jennifer K. Cruseturner
CHAPTER 13 TRUSTEE

## MOTION TO DISMISS
## CHAPTER 13 CASE FOR Failure To Pay

Comes now your Standing 13 Trustee who would show unto the Court the following for which relief is sought:

That the debtor failed to make payments as ordered by the Court.

PREMISES CONSIDERED, your Trustee prays:
1. That the matter be set for hearing;
2. That the case be dismissed;
3. That the Trustee be granted such other and further relief to which she may be entitled.

/S/ Jennifer K. Cruseturner
CHAPTER 13 TRUSTEE

CC:   Jennifer K. Cruseturner

JOSEPH HUDSON & CAROLETTA HUDSON
5363 BROOKWATER CV S
MEMPHIS, TN  38125-4320

BRUCE A RALSTON ATTY