**Dated: December 13, 2023**
**The following is ORDERED:**

_____
M. Ruthie Hagan
**UNITED STATES BANKRUPTCY JUDGE**

_____

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

In re

**CAROLETTA RACHETTA HUDSON and**  Case No. 23-22674 MRH
**JOSEPH JEROME HUDSON**,  Chapter 13

Debtors.

### ORDER GRANTING MOTION TO LIFT STAY BY LEADERS CREDIT UNION

It appearing to the Court that this cause came before the Court on December 6, 2023. After hearing Statement of Counsel for Leaders Credit Union, Statement by the Trustee, the Court grants the Motion to Lift Stay. The stay is lifted to allow Leaders Credit Union to proceed with their remedies consistent with their written agreement regarding the 2015 Chevrolet Corvette, VIN 1G1YM2D77F5107917; and Rule 4001 provisions are waived. The Trustee is directed to suspend payments to the Creditor pending an amended plan, an amended general unsecured claim to reflect any deficiency after disposal of the collateral or further orders of the Court.

The Credit Union is transferred to a general unsecured classification of creditor. The Credit Union will amend their claim giving credits from the sale of the vehicle within 20 days of the sale date. If the sale proceeds exceed the amount owed on the vehicle, those sums will be submitted to the Chapter 13 Trustee for the benefit of unsecured creditors.

The Chapter 13 Trustee shall issue payment orders or make other plan modifications as necessary to effectuate this order.

IT IS SO ORDERED.

APPROVED:

/s/ David E. Drexler
Prepared by:
DAVID E. DREXLER (#13220)
ddrexler@stonehiggsdrexler.com
ATTORNEY FOR CREDITOR
150 COURT AVENUE
MEMPHIS, TENNESSEE  38103
(901) 528-1111

/s/ Jennifer K. Cruseturner
CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

**Please serve the following parties:**

**DEBTOR**
**DEBTOR ATTORNEY**
**TRUSTEE**
 Leaders Credit Union, PO Box 11206, Jackson, TN  38308

23-00543-0