

**Dated: December 14, 2023**
**The following is ORDERED:**

_____
M. Ruthie Hagan
**UNITED STATES BANKRUPTCY JUDGE**

_____

IT517

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In re:                                                            Chapter 13
JOSEPH HUDSON & CAROLETTA HUDSON
Debtor(s)                                         Case No. 23-22674-H
SSN(1) XXX-XX-2593 SSN2 XXX-XX-6491

Order Dismissing Case; Directing Trustee To File Final
Accounting And Directing Employer To Cease Deductions

It appearing to the Court from the statements of the Chapter 13 Trustee and the entire record herein that the above referenced case should be dismissed for debtor's failure to abide by court orders.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the above referenced case is hereby dismissed, the Trustee is directed to file a final accounting and disburse the funds in her hands;  the debtor(s) is to stop making payments to the Chapter 13 Trustee and/or the employer is to stop withholding payments for the Chapter 13 Trustee in this matter.

/S/ Jennifer K. Cruseturner
Chapter 13 Trustee

CC:    Jennifer K. Cruseturner

JOSEPH HUDSON & CAROLETTA HUDSON
5363 BROOKWATER CV S
MEMPHIS, TN  38125-4320
SHELBY COUNTY BOARD OF EDUCATION
160 S HOLLYWOOD ST
ATT:CHERYL DELOTTA
MEMPHIS, TN  38112

PRO SE


All Creditors

CS