Form ntcdsm

# UNITED STATES BANKRUPTCY COURT

Western District of Tennessee

Case No.: 23−22674
Chapter: 13

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph Hudson
5363 Brookwater Cv S
Memphis, TN 38125−4320

Caroletta Hudson
aka Caroletta Williams
5363 Brookwater Cv S
Memphis, TN 38125−4320

Social Security / Individual Taxpayer ID No.:
xxx−xx−2593

xxx−xx−6491

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on December 15, 2023.

Dated: December 15, 2023

Lisa H. Haney
Clerk, U.S. Bankruptcy Court

BY: Jacquelyn Stewart
Deputy Clerk